IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MAGAZINE KIRKMAN, LP**

FEDERAL COURT
CASE NO.:

Respondent,

STATE COURT CASE NO.:
v.                              2022-CC-016684-O

**KESHIA WRIGHT**

Petitioner,

**PETITION FOR REMOVAL AND FEDERAL STAY OF EVICTION
PURSUANT TO 28 USC 1441 (B)**

DEFENDANT, KESHIA WRIGHT hereby files this Petition for Removal in the United States District Court for the Middle District of Florida, Orlando Division of the above stated case number, **2022-CC-016684-O**, in the State Court of Orange County Florida in accordance with the provisions of Title 28 U.S.C. 1441(b) Judiciary and Procedure. The proceedings occurring in violation of the Uniform Commercial Code of 15 U.S.C. 1692 with unlawful eviction proceedings. Pursuant to the provisions of Title 28 U.S.C. Section 1441(b) the State Court of Orange County shall not proceed with any eviction against the petitioner until it is remanded or so ordered from the United States District Court.

RESPONDENT, Magazine Kirkman, LP. is registered in the State of

Delaware, and is attempting to collect a debt in violation of the Fair Debt Collection Practices Act (FDCPA) of 1978. Accordingly, this action is removable pursuant to 28 U.S.C. 1441(b). The United States Court for the Middle District of Florida, Orlando Division has jurisdiction over this action pursuant to 28 U.S.C. 1331 and 28 U.S.C. 1367(a).

A copy of all process, pleadings and orders served upon defendant in the state court action are attached hereto as Exhibit "A".

WHEREFORE Defendant KESHIA WRIGHT requests that this action be removed to the United States District Court for the Middle District of Florida.

Respectfully submitted,

*/s/ Keshia Wright*
KESHIA WRIGHT
PRO SE PETITIONER
1705 S KIRKMAN RD
APT NO. 114
ORLANDO, FL 32811